UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

-------------------------------------------------------------------X

**SHERRY STEINER-SILVER,**                            Case No. 3-12-CV-971 (SRU)

                             **Plaintiff,**

                      -against-

**WINDJAMMER LANDING COMPANY LTD, d/b/a
WINDJAMMER LANDING VILLA BEACH
RESORT,**

                             **Defendant.**          December 17, 2015

-------------------------------------------------------------------X

### Fed. R. Civ. P. 41(a)(1)(A)(ii) Dismissal

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff, Sherry Steiner-Silver, by her attorney, and the defendant, Windjammer Landing Company LTD, d/b/a Windjammer Landing Villa Beach Resort, file this voluntary dismissal of this action, with prejudice and without costs being taxed to either party.

| **THE PLAINTIFF,** | **THE DEFENDANT,** |
|---|---|
| **SHERRY STEINER-SILVER** | **WINDJAMMER LANDING COMPANY LTD.** |
| | |
| By /S/ Adam J. Blank | By /S/ Thomas J. Hall |
| Adam J. Blank (ct26554) | Thomas J. Hall (ct27234) |
| WOFSEY, ROSEN, KWESKIN | FABIANI COHEN & HALL, LLP |
| & KURIANSKY, LLP | 570 Lexington Avenue |
| 600 Summer Street | New York, New York 10022 |
| Stamford, CT 06901 | Tel.: (212) 644-4420 |
| Tel.: (203) 327-2300 | Fax: (212) 207-8182 |
| Fax: (203) 967-9273 | |

## **CERTIFICATION**

    I hereby certify that on this date, a copy of the forgoing was sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                            By /S/ Thomas J. Hall (ct27234)
                                                Thomas J. Hall (ct27234)